UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL GARCIA, ET AL., <br><br> Plaintiff, <br><br> -against- <br> BURRATA BASIL PIZZA INC., et al., <br><br> Defendant. | 24-CV-07807 (JHR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic pre-settlement conference is scheduled for **Friday, February 14, 2025 at 10:00 am.** The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, the access code will be emailed to Counsel for Plaintiffs and mailed to the Defendants.

DATED: February 5, 2025　　　　　　　　　　　SO ORDERED.
          New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge