UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL GARCIA, ET AL.,

                    Plaintiff,

    -against-
BURRATA BASIL PIZZA INC., et al.,

                    Defendant.

24-CV-07807 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic pre-settlement conference is scheduled for **Thursday, February 20, 2025 at 10:00 am.** The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, the access code will be emailed to Counsel for Plaintiffs and mailed to the Defendants.

The Clerk of Court is respectfully requested to grant ECF 20.

DATED:  February 6, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge