UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL GARCIA,

                Plaintiff,

  -against-

BURRATA BASIL PIZZA INC., et al.,

                Defendants.

24-CV-07807 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference is scheduled for **Friday, March 14, 2025 at 2:00 pm** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference letter in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **March 7, 2025 at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: February 24, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge