UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL GARCIA and MIGUEL CANO VENEGA, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>BURRATA BASIL PIZZA INC., et. al.,<br><br>                    Defendants. | 24-CV-07807 (JHR) (RFT)<br><br>**INITIAL CASE MANAGEMENT CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This matter is referred to the undersigned for general pretrial supervision (ECF 18), and this application falls within the scope of the reference. Defendants' time to respond to the complaint is extended nunc pro tunc until **April 4, 2025**.

The parties shall submit a joint update on the status but not the substance of their settlement discussions by **April 11, 2025**, including whether it would be productive for the parties either to participate in Court-annexed mediation or a settlement conference at that time. The settlement conference scheduled for March 28, 2025 is cancelled.

A telephonic Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure is scheduled for **April 18, 2025, at 11:00 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 861 535 311 #.**

The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of

Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference. The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rules 16(b) and 16(c) of the Federal Rules of Civil Procedure. A list of the Rule 26(f) discussion topics is available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**Proposed Scheduling Order.** The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by **April 11, 2025**. In the event that the parties disagree about the dates or other terms of the proposed scheduling order, they shall file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s) by **April 11, 2025**.

If the parties agree on a schedule that calls for the close of all discovery within six months and have no issues to raise with the Court, the parties may, if they wish, request in their Proposed Civil Case Management Plan and Scheduling Order that the initial case management conference be canceled. I will ordinarily grant such requests.

Clerk of Court is respectfully requested to terminate ECF 26.

DATED:    New York, New York
          March 5, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge