# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
————

June 26, 2025

**<u>VIA ECF</u>**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:     Garcia, et al. v. Burrata Basil Pizza Inc., et al
>          <u>1:24-cv-07807</u>

Dear Judge Tarnofsky:

This firm represents both Plaintiffs in the above-referenced matter (the "Action"). I write to respectfully request that the Court grant Plaintiffs' leave to file an amended complaint (the "Amended Complaint").

Plaintiffs have not previously filed an amended complaint, and now seek leave of the Court to file the Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). On June 18, 2025, the undersigned requested Defendants' counsel's consent, but Defendants' counsel refused to provide consent.

Plaintiffs filed the Complaint in this Action on October 15, 2024. During the mediation on June 16, 2025, it became apparent that Plaintiff Miguel Cano Venega was subject to racial discrimination and a hostile work environment during his employment with the Defendants. Moreover, the undersigned learned that Plaintiff Miguel Cano Venega's tips were unlawfully misappropriated by the Defendants. The Amended Complaint would include these additional claims. The Proposed Amended Complaint is annexed as Exhibit A. The redlined Proposed Amended Complaint is annexed as Exhibit B.

Leave to amend a complaint should be "freely give[n]." Fed. R. Civ. P. 15(a)(2); *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). A court should not deny a motion to amend unless there is evidence of undue delay, undue prejudice to the defendant, bad faith, or the proposed amendment would be futile. *Foman*, 371 U.S. at 182; *Milanese v. Rust-Oleum Corp.*, 244 F.3d 104, 110 (2d Cir. 2001).

The considerations under Rule 15(a)(2) for permitting amendment of a complaint is easily satisfied here. Defendants would not be unduly prejudiced by the amendment of the complaint. Plaintiffs have not acted in bad faith in seeking to amend the complaint. Lastly, amendment of the complaint would not be futile.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant

Plaintiffs' leave to file the Amended Complaint.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

Encls.