# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

October 22, 2025

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Garcia et al v. Burrata Basil Pizza Inc. et al,**
**Index No. 1:24-cv-07807-JHR-RFT**

Dear Judge Tarnofsky:

      This office represents Plaintiffs in the above-referenced matter. We write to inform the Court that while the parties had a meet and confer scheduled today at 2:30PM, Mr. Chong refused to cooperate with the undersigned, and hung up the phone call, which lasted only 5 minutes. Mr. Chong's office has sent 4-5 emails to the undersigned over the past week informing us who would be the representative for the corporate defendant. However, in each email, the representative would change between Defendant Emad Youssef and Defendant Ibrahim Khalil. When I asked to clarify which individual was going to be the corporate representative, Mr. Chong stated that he had "other shit to do," and then stated that "Judge Tarnofsky hates your guts, and so does Judge Netburn as well." Mr. Chong then proceeded to hang up the phone, stating that he would write to this Court. The undersigned and Mr. Chong had an in-person appearance regarding outstanding discovery issues with Judge Netburn today in another matter.

      It is the undersigned's sincere belief that Mr. Chong is attempting to avoid meet and conferring in good faith, as the point of the phone call was to discuss outstanding issues with Defendants' discovery responses as per this Court's order. We ask that this Court order Mr. Chong to meet and confer in good faith with the undersigned, and refrain from speaking profanities and otherwise verbally abusing the undersigned.

      We thank the Court for its time and attention to this matter.

Respectfully Submitted,

   /s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*