

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

October 22, 2025

<u>Via ECF; Total Pages: 2</u>
Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Garcia et al v. Burrata Basil Pizza Inc. et al
            Docket No.: 1:24-cv-07807-JHR-RFT

Dear Judge Tarnofsky:

    This office represents defendants Burrata Basil Pizza Inc. (d/b/a Burrata Basil Pizza), Ibrahim Khalf a/k/a Khalf Ibrahim, and Emad Youssef (collectively, "Defendants"), in the above referenced matter. Pursuant to Your Honor's Order on 10/16/25 (Doc 61), counsel for the parties were to meet and confer to schedule depositions. I scheduled a call with Plaintiff's counsel Robert Jun, Esq. for today 10/22/25 at 2:30 p.m.

    I called Mr. Jun at the scheduled time, and rather than confirm dates and times for the depositions he has sought to play games, and simply not confirm dates and times. I have been practicing for 25 years, and this type of nonsense is unacceptable. In anticipation of the call, my office has sent numerous emails to Mr. Jun – to simply confirm the dates and times for the depositions in writing, to no avail. *See* **Exhibit A**.

    I respectfully seek the Court's assistance for an order for Mr. Jun to cooperate with my office to schedule these depositions – <u>*in writing*</u>. We also respectfully request that the Court compels Plaintiffs to appear for their scheduled in-person depositions.

        Respectfully submitted,

        *s/ Michael K. Chong*

        Michael K. Chong, Esq.

MKC/
Attach.
cc: Plaintiff's counsel (*via ECF*)