# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                         Telephone: (212) 317-1200
New York, New York 10165                                                Facsimile: (212) 317-1620
_____

October 22, 2025

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                    *Re:*    **Garcia et al v. Burrata Basil Pizza Inc. et al,**
                            **Index No. 1:24-cv-07807-JHR-RFT**

Dear Judge Tarnofsky:

      This office represents Plaintiffs in the above-referenced matter. We write in response to Defendants' motion to compel. Minutes before Mr. Chong filed his letter today, the undersigned sent an email to Mr. Chong confirming and proposing deposition dates. At no point in time did the undersigned refuse to cooperate with Mr. Chong in scheduling depositions. Also, Mr. Chong is requesting for the second time for Plaintiffs to appear for depositions in-person. However, given the current political climate, and that the Defendants have threatened to call ICE on the Plaintiffs, we request that Mr. Chong's application herein be denied for the same reasons as they were denied before.

      We thank the Court for its time and attention to this matter.

                                                       Respectfully Submitted,

                                                             /s/ Robert Jun
                                                             Robert Jun
                                                             Michael Faillace & Associates, P.C.
                                                             *Attorneys for Plaintiffs*