UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL GARCIA, et al.,

                Plaintiffs,

     -v-

BURRATA BASIL PIZZA INC., et al.,

                Defendants.

24-CV-7807 (JHR) (RFT)

**<u>ORDER</u>**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a motion to compel discovery (**ECF 63**). The parties' inability to work with each other in a professional matter to move this case along is extremely disappointing. Plaintiffs are ordered, by **October 24, 2025**, to provide the Court with the schedule of depositions to be so ordered; once those dates are so ordered, no party may change the dates absent a Court order.  If Plaintiffs fail to provide the schedule as requested, or if any depositions need to be rescheduled, the deposition schedule shall be as follows:

1. Deposition of Emad Youssef: November 13, 2025 at 10:00 am (Arabic Interpreter Required)
2. Deposition of Ibrahim Khalf: November 14, 2025 at 10:00 am (Arabic Interpreter Required)
3. Deposition of Miguel Cano Venega: November 22, 2025 at 10:00 am (Spanish Interpreter Required)
4. Deposition of Miguel Garcia: November 25, 2025 at 10:00 am (No Interpreter Required)

In light of apparent threats by Defendants (not their counsel) to call immigration authorities, the depositions shall be held remotely. Counsel for Defendants shall inform counsel

for Plaintiff by letter by **October 24, 2025** which of the individuals above will serve as the corporate representative.

Additionally, as provided in my prior order (ECF 61):

With regard to Plaintiffs' failure to respond to Defendants' discovery deficiency letter, the parties shall meet and confer by **October 24, 2025**. To the extent that the parties are unable to resolve any issues relating to Plaintiffs' document production, Defendants shall raise those issues in a letter to the Court by **October 28, 2025**. I do not anticipate entertaining any motion practice relating to the scope of Plaintiffs' document production unless it is raised in a letter to me by that date, or unless Plaintiffs fail to produce documents agreed to in the meet and confer process held on or before October 24, 2025.

To the extent that Plaintiffs believe there is any outstanding paper discovery owed to them by Defendants, they shall meet and confer with Defendants by **October 24, 2025**. To the extent that the parties are unable to (a) resolve any issues relating to Defendants' paper discovery obligations and (b) agree to a production schedule that permits the depositions of Defendants before the close of discovery in November, Plaintiffs shall raise those issues in a letter to the Court by **October 28, 2025**. I do not anticipate entertaining any motion practice relating to the scope of Defendants' document production unless it is raised in a letter to me by that date, or unless Defendants fail to produce documents agreed to in the meet and confer process held on or before October 24, 2025.

An in-person discovery conference is scheduled for **Wednesday, October 29, 2025 at 10:30 am** inside of **Courtroom 9B, 500 Pearl Street, New York, NY 10007**. Counsel should be any outstanding discovery issues. If there are no outstanding discovery issues to discuss, the

parties shall submit a joint letter by **5:00 pm on October 28, 2025**, informing the Court that the conference may be cancelled. **If the parties are unable to submit a joint letter, I do not expect to cancel the in-person discovery conference.**

The Clerk of Court is respectfully requested to terminate **ECF 63**

DATED: October 22, 2025

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge