# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

October 23, 2025

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

　　　　　　　　　　　*Re:*　　**Garcia et al v. Burrata Basil Pizza Inc. et al,**
　　　　　　　　　　　　　　　**Index No. 1:24-cv-07807-JHR-RFT**

Dear Judge Tarnofsky:

　　　This office represents Plaintiffs in the above-referenced matter. Pursuant to this Court's order, we request that the following deposition dates be so-ordered:

　　　1. Deposition of Ibrahim Khalf and the Corporate Defendant: November 13, 2025 at 10:00 am (Arabic Interpreter Required);
　　　2. Deposition of Ibrahim Khalf: November 14, 2025 at 10:00 am (Arabic Interpreter Required);
　　　3. Deposition of Miguel Garcia: November 26, 2025 at 10:00 am; and
　　　4. Deposition of Miguel Cano Venega: November 27, 2025 at 10:00 am (Spanish interpreter.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert Jun
　　　　　　　　　　　　　　　　　　　　　　　　　Robert Jun
　　　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*