# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

October 23, 2025

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      *Re:*    **Garcia et al v. Burrata Basil Pizza Inc. et al,**
              **Index No. 1:24-cv-07807-JHR-RFT**

Dear Judge Tarnofsky:

     This office represents Plaintiffs in the above-referenced matter. We write to inform the Court that the schedule filed earlier today was in error. Pursuant to this Court's order, we request that the following deposition dates be so-ordered:

     1. Deposition of Ibrahim Khalf and the Corporate Defendant: November 13, 2025 at 10:00 am (Arabic Interpreter Required);
     2. Deposition of Emad Youssef: November 14, 2025 at 10:00 am (Arabic Interpreter Required);
     3. Deposition of Miguel Garcia: November 26, 2025 at 10:00 am; and
     4. Deposition of Miguel Cano Venega: December 3, 2025 at 10:00 am (Spanish interpreter)

     We thank the Court for its time and attention to this matter.

                                      Respectfully Submitted,

                                      __/s/ Robert Jun_____
                                      Robert Jun
                                      Michael Faillace & Associates, P.C.
                                      *Attorneys for Plaintiffs*