# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

October 24, 2025

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

　　　　　　　　　　*Re:*　　**Garcia et al v. Burrata Basil Pizza Inc. et al,**
　　　　　　　　　　　　　　**Index No. 1:24-cv-07807-JHR-RFT**

Dear Judge Tarnofsky:

　　　We write to inform the Court that document #70 on this docket was filed in error, and that we have sent a request to have this removed from the docket.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Robert Jun_____
　　　　　　　　　　　　　　　　　　　　　　　Robert Jun
　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*