UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MIGUEL GARCIA and MIGUEL CANO VENEGA, individually and on behalf of others similarly situated,

     Plaintiff(s),

-against-

BURRATA BASIL PIZZA INC. (D/B/A BURRATA BASIL PIZZA), IBRAHIM KHALF (AKA KHALF IBRAHIM), and EMAD YOUSSEF,

     Defendants.
----------------------------------------------------------X

**Index No.: 24-cv-07807-JHR**

**CONSENT TO CHANGE ATTORNEY**

Counsel's notice of substitution is GRANTED.

The Clerk of Court is directed to terminate Catalina Sojo's appearance as attorney for Plaintiffs.

Dated: October 24, 2025
   New York, NY

SO ORDERED
_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

  IT IS HEREBY CONSENTED that Michael Faillace be substituted as attorney of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

  Outgoing counsel, Catalina Sojo, affirms that she does not assert a retaining or charging lien in connection with this substitution of counsel.

  I affirm this under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

  This document was read and explained to me in Spanish, and that I understand its contents and sign it voluntarily. (Este documento me fue leído y explicado en español, y entiendo su contenido y lo firmo voluntariamente).

Dated: New York, New York
   April 7, 2025

                _____
                MIGUEL GARCIA

                _____
                MIGUEL CANO VENEGA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIGUEL GARCIA and MIGUEL CANO
VENEGA, individually and on behalf of others
similarly situated,

                        Plaintiff(s),

-against-

BURRATA BASIL PIZZA INC. (D/B/A
BURRATA BASIL PIZZA), IBRAHIM
KHALF (AKA KHALF IBRAHIM), and
EMAD YOUSSEF,

                        Defendants.
-----------------------------------------------------------X

**Index No.: 24-cv-07807-JHR**

**<u>CONSENT TO CHANGE ATTORNEY</u>**

      IT IS HEREBY CONSENTED that Michael Faillace be substituted as attorney of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

      Outgoing counsel, Catalina Sojo, affirms that she does not assert a retaining or charging lien in connection with this substitution of counsel.

      I affirm this under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

      This document was read and explained to me in Spanish, and that I understand its contents and sign it voluntarily. (Este documento me fue leído y explicado en español, y entiendo su contenido y lo firmo voluntariamente).

Dated: New York, New York
       April 7, 2025

_____
MIGUEL GARCIA

_____
MIGUEL CANO VENEGA

| | |
|---|---|
| /s/ Michael Faillace | /s/ Catalina Sojo |
| Michael Faillace, Esq. | Catalina Sojo, Esq. |
| CSM Legal, P.C. | CSM Legal, P.C. |
| 60 E 42nd St #4510 | 60 E 42nd St #4510 |
| New York, NY 10165 | New York, NY 10165 |
| Incoming Attorney | Outgoing Attorney |