UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL GARCIA, et al.,<br><br>                    Plaintiffs,<br><br>     -v-<br><br>BURRATA BASIL PIZZA INC., et al.,<br><br>                    Defendants. | 24-CV-7807 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 28, 2025, both Plaintiff and Defendant filed letters indicating that they have resolved their discovery dispute, that the parties have agreed to provided amended responses, and requesting that the discovery conference scheduled for October 29, 2025 be cancelled. (ECF 73, ECF 74.)

In light of these letters, the discovery conference scheduled for October 29, 2025 is cancelled. However, the Court reminds the parties that **failure to file joint letters as instructed may lead the Court to require in person conferences in lieu of letters**.

DATED:  October 29, 2025

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge