UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL GARCIA, et al.,

Plaintiffs,

-v-

BURRATA BASIL PIZZA INC., et al.,

Defendants.

24-CV-7807 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendants' motion to compel and for sanctions. (ECF 78.) For the reasons discussed at the conference held telephonically on December 5, 2025, the motion is **DENIED**. The parties are reminded of their obligation to complete all discovery by **January 9, 2026**. I do not anticipate granting extensions of time absent extremely good cause shown. Counsel are also reminded of their obligations in regard to promoting a smooth discovery process. Any future failures by counsel to make sure that their clients are familiar with the technology for remote depositions and have documents to prove their identity to the court reporter may lead to sanctions.

The Clerk of Court is respectfully requested to terminate ECF 78.

Dated: December 8, 2025
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge