UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL GARCIA, et al., | |
| Plaintiffs, | 24-CV-7807 (JHR) (RFT) |
| -v- | **ORDER** |
| BURRATA BASIL PIZZA INC., et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants' request (ECF 82) to require Plaintiffs' counsel to provide more information on the circumstances surrounding one Plaintiff's trip to Honduras in connection with a family emergency is **DENIED**. Defendants' counsel's suspicions about that trip are based on conjecture. As discussed at the conference held on December 5, 2025 and as reflected in my order (ECF 83) all discovery shall be completed by **January 9, 2026**. To the extent that a Plaintiff remains in Honduras after the deadline for completing discovery, the parties shall make arrangements for his deposition to be taken in Honduras.

Dated: December 8, 2025
    New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge