UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL GARCIA, et al.,<br><br>                    Plaintiffs,<br><br>          -v-<br><br>BURRATA BASIL PIZZA INC., et al.,<br><br>                    Defendants. | 24-CV-7807 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendants' motion for sanctions and to compel discovery (ECF 85). The motion is **DENIED IN PART**, in that Defendants' application for sanctions in the form of requiring Plaintiffs to pay the cost of the cancelled deposition of Miguel Garcia is **DENIED**; Defendants previously made an application by letter-motion seeking the same relief, plus additional relief (ECF 78, 79, 81, 82). I held a conference on December 8, 2025, after which I denied the application for the reasons set forth on the record but stated that "[a]ny future failures by counsel to make sure that their clients are familiar with the technology for remote depositions and have documents to prove their identity to the court reporter may lead to sanctions." (ECF 83, Order.) Defendants fail to acknowledge my prior denial of the request for sanctions nor to explain what new facts or law warrant reconsideration of my decision to deny the request for sanctions. (ECF 85, Defs.' Letter at 2.) As I said at the conference, there was fault on both sides in connection with the decision not to proceed with the deposition.

The motion is **GRANTED IN PART**, in that Defendants' request to compel discovery is

**GRANTED**. At the December 8, 2025 conference, I reminded the parties of the obligation to

complete discovery by the deadline of January 9, 2026. Counsel for Plaintiffs has not yet

provided dates to Defendants' counsel on which the depositions of the two Plaintiffs may

proceed. Counsel is ORDERED, by **9:00 am on December 12, 2025** to file a letter with the Court

providing dates before **January 9, 2025** on which each of the two Plaintiffs is available for

deposition. Failure to comply with this order may result in sanctions.

The Clerk of Court is respectfully requested to terminate ECF 85.

Dated: December 10, 2025                             SO ORDERED.
       New York, New York

**ROBYN F. TARNOFSKY**
United States Magistrate Judge