UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MIGUEL GARCIA, et al.,<br><br>                    Plaintiffs,<br><br>          -v-<br><br>BURRATA BASIL PIZZA INC., et al.,<br><br>                    Defendants. | 24-CV-7807 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The contemplated stipulation of voluntary dismissal by plaintiff Garcia shall be filed by **December 22, 2025**. The deposition of the plaintiff Cano shall occur remotely on **January 15, 2026**. Accordingly, Plaintiff's motion to compel deposition scheduling (ECF 88) is **DENIED** as moot. The letter motion for extension of time to complete discovery (ECF 94) is **GRANTED IN PART**, in that the deadline for completing discovery is extended until **January 16, 2026**, and the parties shall file a joint letter certifying that discovery is complete by **January 17, 2026**. I do not anticipate further extensions absent extraordinary cause shown.

The parties shall participate in Court-annexed mediation before **February 2, 2026**; a separate mediation referral order will be issued. The parties shall provide a joint update on the status but not the substance of their settlement efforts **within 3 business days** of the mediation. If mediation is not successful, any motion for summary judgment shall be filed by **February 23, 2026**, with oppositions due by **March 23, 2026**, and replies due by **April 15, 2026**. If no dispositive motion is filed, the joint pretrial order prepared in accordance with Judge Rearden's

individual practices shall be due by **March 7, 2026**. The Clerk of Court is respectfully requested

to terminate ECF 88 and ECF 94.


Dated: December 17, 2025
      New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge