UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL GARCIA, et al.,

                Plaintiffs,

    -v-

BURRATA BASIL PIZZA INC., et al.,

                Defendants.

24-CV-7807 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for Friday, **March 6, 2026** at **10:30 am.** Defendants and Counsel for Defendants are required to attend and should be prepared to discuss the Motion for Leave To Withdraw as Counsel (ECF 116). Counsel for Defendant shall serve a copy of the motion and supporting affidavit (ECF 116) and of this Order on Defendants by email and overnight mail and shall file proof of such service by **February 27, 2026**.

Defendants are warned that failure to appear as required may result in my granting their counsel's motion without Defendants having a chance to be heard on the request to withdraw. Defendants Khalf and Youssef are warned that failure to attend and failure to comply with any Court orders may lead to a recommendation that a default judgment should be entered against them. Defendant Burrata Basil Pizza Inc. is warned that a company may not represent itself in a litigation and that failure to find replacement counsel will lead to my recommendation to Judge Jennifer H. Rearden that judgment should be entered against Defendant Burrata Basil Pizza Inc.

Counsel for Plaintiff is welcome to attend but is not ordered to do so. At the scheduled time of the conference, please dial (646) 453-4442, Access Code: **211 780 533#.**

Dated:  February 26, 2026
       New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge