UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL GARCIA, et al.,<br><br>                    Plaintiffs,<br><br>        -v-<br><br>BURRATA BASIL PIZZA INC., et al.,<br><br>                    Defendants. | 24-CV-7807 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 14, 2026, I granted the parties' request to extend the deadline for discovery to May 25, 2026. Accordingly, any dispositive motions shall be due by **June 18, 2026**, with oppositions due by **July 10, 2026** and replies due by **July 24, 2026**. If no dispositive motions are filed, the parties' joint pretrial order, conforming to Judge Rearden's individual practices, shall be filed by **June 18, 2026**.

Dated:  May 5, 2026
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge