# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                      Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
———————

June 18, 2026

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                    *Re:*    **Garcia et al v. Burrata Basil Pizza Inc. et al,**
                            **Index No. 1:24-cv-07807-JHR-RFT**

Dear Judge Tarnofsky:

        This office represents Plaintiff Miguel Cano Venega in the above-referenced matter. With the consent of Defendants, we write to request a 46-day extension of the JPTO filing deadline, which is currently today. The new deadline would be August 3, 2026. The reason for this request is that the parties are currently engaging in settlement talks, and have a settlement conference scheduled for June 29, 2026. This is the first time the parties are requesting the relief herein.

        We thank the Court for its time and attention to this matter.

                                        Respectfully Submitted,

                                        __/s/ Robert Jun_____
                                        Robert Jun
                                        Michael Faillace & Associates, P.C.
                                        *Attorneys for Plaintiff Miguel Cano*
                                        *Venega*

Application GRANTED in part and DENIED in part. The deadline for the parties to file their joint pre-trial order is extended until **July 15, 2026**. The Clerk of Court is respectfully requested to terminate ECF 131.

Dated: June 18, 2026
        New York, NY

                                        SO ORDERED

                                        ROBYN F. TARNOFSKY
                                        UNITED STATES MAGISTRATE JUDGE