UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL GARCIA, et al.,

Plaintiffs,

-v-

BURRATA BASIL PIZZA INC., et al.,

Defendants.

24-CV-7807 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 29, 2026, I directed the parties to file their *Cheeks* application by July 13, 2026. (See ECF 134, Order.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the Parties to submit their *Cheeks* filing until **July 20, 2026**.

Dated: July 15, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge