UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL GARCIA et al.,

Plaintiffs

-v.-

BURRATA BASIL PIZZA INC. et al.,

Defendants.

24 Civ. 7807 (JHR) (RFT)

ORDER

JENNIFER H. REARDEN, District Judge:

On January 12, 2026, Plaintiffs filed a stipulation of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of this Fair Labor Standards Act ("FLSA") case against Defendants Burrata Basil Pizza Inc., Ibrahim Khalf, and Emad Youssef. ECF No. 102. That stipulation would dismiss with prejudice Plaintiff Miguel Garcia's case against Defendants. *Id.* In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022), the Second Circuit concluded that where parties seek to voluntarily dismiss FLSA claims under Rule 41(a)(1)(A), the Court must "inquire whether the parties had reached a settlement" to ensure that dismissal does not allow the parties to "evade *Cheeks* review." *Id.* at 807, 810-11.

The Court will accept a stipulation of dismissal under Rule 41(a)(1)(A)(ii) if Plaintiffs certify that there has been no settlement of Plaintiff Garcia's FLSA claims against Defendants. Counsel shall review the Second Circuit's opinion in *Samake* and file a letter by **September 17, 2026** stating whether the parties have reached a settlement and, if so, whether they intend to seek settlement approval.

Separately, on July 16, 2026, Plaintiff Miguel Cano Venega filed a notice of acceptance of Defendants' offer of judgment, pursuant to Federal Rule of Civil Procedure 68, and a proposed judgment. ECF Nos. 136, 137. Initially, Defendants' offer of judgment explains that Defendants "offer to allow judgment to be taken against them by Miguel Cano Venega . . . in the

total sum of [*$90,000*]." ECF No. 136 at 2. On the next page, however, the offer of judgment states that the "total of [*$45,000*] shall be paid as follows" and includes an installment schedule totaling $45,000. *Id.* at 3–4. The offer of judgment also concludes that, "upon timely payment of the full [$45,000], this judgment will be deemed satisfied." *Id.* at 4. The proposed judgment simultaneously filed by Plaintiffs switches back to $90,000. ECF No. 137 (providing that Plaintiff Venega "has judgment against [Defendants] . . . in the amount of [$90,000].").

By **September 17, 2026**, the parties shall clarify whether Plaintiff Venega is seeking judgment against Defendants in the amount of $45,000 or $90,000.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge