UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL GARCIA, et al.,

Plaintiffs,

-v.-

BURRATA BASIL PIZZA INC., et al.,

Defendants.

24 Civ. 7807 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On January 12, 2026, Plaintiffs filed a stipulation of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of this Fair Labor Standards Act ("FLSA") case against Defendants Burrata Basil Pizza Inc., Ibrahim Khalf, and Emad Youssef. ECF No. 102. That stipulation would dismiss with prejudice Plaintiff Miguel Garcia's case against Defendants. *Id.* On September 10, 2026, the Court directed Plaintiffs to review the Second Circuit's opinion in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022). ECF No. 138. In *Samake,* the Second Circuit held that the Court must evaluate voluntary dismissals of FLSA claims under Rule 41(a)(1)(A) to ensure that they do not obscure a settlement. 24 F.4th at 807. The Court therefore also directed Plaintiffs to certify that there has been no settlement of FLSA claims. ECF No. 138. On September 16, 2026, Plaintiffs filed a letter "certify[ing] that there has been no settlement of Plaintiff Garcia's FLSA claims against the Defendants." ECF No. 139.

The Court now concludes that there is no underlying settlement and, thus, accepts Plaintiff Garcia's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: September 22, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge