**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MIGUEL GARCIA, MIGUEL CANO VENEGA, *individually and on behalf of others similarly situated,*

*Plaintiffs*,

-against-

BURRATA BASIL PIZZA INC. (D/B/A BURRATA BASIL PIZZA), IBRAHIM KHALF (AKA KHALF IBRAHIM), and EMAD YOUSSEF,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 1:24-cv-07807

~~**[Proposed Form Of]**~~
**JUDGMENT**

**JUDGMENT**

On July 16, 2026 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Miguel Cano Venega, has judgment against Burrata Basil Pizza Inc. (d/b/a Burrata Basil Pizza), Ibrahim Khalf (aka Khalf Ibrahim), and Emad Youssef, jointly and severally, in the amount of Ninety Thousand Dollars and Zero Cents ($90,000.00), which is inclusive of attorneys' fees and costs. *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019) ("declin[ing] to extend *Cheeks*' judicial approval requirement" to Rule 68(a) offers of judgment because "the FLSA does not require judicial approval of Rule 68(a) offers of judgment"); *Jdahim v. A1 Accessible Transportation, LLC*, No. 23 Civ. 6509 (PAE), 2024 WL 1119484, at *1 (S.D.N.Y. Mar. 14, 2024) ("Because plaintiffs in this case accepted a Rule 68 offer of judgment, the Court will not conduct a *Cheeks* review.").

~~Dated: July 16, 2026~~

The Clerk of Court is directed to close the case.

~~HON. ROBYN F. TARNOFSKY~~
~~U.S. MAGISTRATE JUDGE~~

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: September 22, 2026